# Order

Michigan Supreme Court
Lansing, Michigan

September 15, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131013 & (22)
131014

MARY LOU KLINGLER, Personal
Representative of the Estate of
MATTHEW J. KLINGLER, Deceased,
            Plaintiff-Appellee,

v

ASHOK K. GUPTA, M.D., ASHOK K.
GUPTA, M.D., P.C., KEWAL K. AGGARWAL,
M.D., KEWAL K. AGGARWAL, M.D., P.C.,
            Defendants-Appellees,
and

CRITTENTON HOSPITAL,
            Defendant-Appellant.
_____

SC      131013-4
CoA    267452, 268945
Oakland CC 03-054932-NH

        On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2006

_____
Clerk